UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| BECKY PEDIGO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:09-CV-93 |
| | ) | |
| MICHAEL J. ASTRUE, | ) | Judge Collier |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Plaintiff Becky Pedigo's motion for leave to proceed *in forma pauperis* (Court File No. 1). On April 13, 2009, United States Magistrate Judge William B. Mitchell Carter issued a report and recommendation, pursuant to 28 U.S.C. § 636(b) (Court File No. 2). Neither party has objected to the report and recommendation within the given ten days.

This Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Court File No. 2) pursuant to 28 U.S.C. § 636(b)(1)(C). Accordingly Plaintiff Becky Pedigo's request to proceed *in forma pauperis* (Court File No. 1) is **DENIED**.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**