UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| BECKY PEDIGO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:09-CV-93 |
| | ) | |
| MICHAEL J. ASTRUE, | ) | Chief Judge Curtis L. Collier |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff Becky Ann Pedigo ("Plaintiff") brought this action pursuant to the Social Security Act, 42 U.S.C. §§ 405(g) and 1383(c)(3) to obtain judicial review of a decision by Defendant, the Commissioner of Social Security ("Defendant"), denying Plaintiff social security disability benefits. Plaintiff moved for judgment on the pleadings (Court File No. 13), and Defendant moved for summary judgment (Court File No. 19). Magistrate Judge Susan K. Lee filed a report & recommendation ("R&R"), pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), recommending the Court rule in favor of Defendant (Court File No. 22). Plaintiff filed objections (Court File No. 23). Defendant filed a notice of no objections (Court File No. 24).

For the reasons stated in the accompanying memorandum, the Court will **ACCEPTS** and **ADOPTS** the magistrate judge's R&R (Court File No. 22); **DENIES** Plaintiff's motion for judgment on the pleadings (Court File No. 13), **GRANTS** Defendant's motion for summary judgment (Court File No. 19); **AFFIRMS** the decision of the Commissioner of Social Security; and **DISMISSES** the case.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**